IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN THE MATTER OF M.D.M.R.      Case No. 6:23-cv-00232-WWB-DCI
INFANT UNDER THE AGE OF 6,
DANHOE ALEJANDRO MEDINA LUGO,

    Petitioner,

v.

MARIA MILAGROS RAMIREZ PADILLA,

    Respondent.
_____/

## ANSWER AND/OR RESPONSE TO PETITIONER'S VERIFIED COMPLAINT AND PETITION FOR RETURN OF MINOR CHILD TO VENEZUELA AND WARRANT OF ARREST IN LIEU OF WRIT OF HABEOUS CORPUS

COMES NOW, Respondent, MARIA MILAGROS RAMIREZ PADILLA, by and through her undersigned attorneys and files this her Answer and/or Response to Petitioner's Verified Complaint and Petition for Return of Minor Child to Venezuela, and states as follows:

1. Admitted.

2. Admitted.

3. Denied.

4. Admitted.

5. Admitted for jurisdictional purposes.

6. Admitted for jurisdictional purposes.

7. Denied.

8. Admitted.

9. Admitted that Petitioner is the biological father of the minor child and was listed as such on the birth certificate; otherwise denied.

10. Denied.

11. Admitted that Petitioner is the biological father of the minor child and was listed as such on birth certificate; otherwise denied.

12. Admitted.

13. Admitted.

14. Admitted that Exhibit E is a Decree of Venezuela, the remainder is without knowledge and therefore denied.

15. Admitted.

16. Admitted.

17. Denied.

18. Admitted.

19. Admitted that said paragraph recaps part of the visitation order.

20. Admitted that said paragraph recaps part of the order but it is incomplete.

21. Without knowledge therefore denied.

22. Denied.

23. Without knowledge therefore denied.

24. Without knowledge therefore denied.

25. Denied.

26. Denied.

27. Denied.

28. Admitted.

29. Denied.

30. Admitted that Respondent has family in Venezuela, but otherwise denied.

31. Denied.

32. Admitted that Respondent, and Petitioner, and child lived together from 2017 to 2018; otherwise denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Without knowledge therefore denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Admitted.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

47. Without knowledge therefore denied.

48. Without knowledge therefore denied.

49. Admitted.

50. Denied.

51. Denied.

52. Admitted.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. Admitted that the father became a doctor; otherwise denied.

59. Admitted.

60. Denied.

61. Denied.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

67. Denied.

68. Admitted.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

73. Denied.

74. Denied.

75. Denied.

76. Denied.
77. Denied.
78. Denied.
79. Denied.
80. Denied.
81. Denied.
82. Denied.
83. Admitted.
84. Admitted.
85. Denied.
86. Denied.
87. Admitted that Venezuela was the child's residence prior to arrival in the United States.
88. Admitted.
89. Denied.
90. Denied.
91. Admitted that the child is a citizen of the Republic of Venezuela; otherwise denied.
92. Denied.
93. Denied.
94. Denied.
95. Denied.
96. Denied.
92. (sic). Denied.

93. (sic). Denied.

94. (sic) Denied.

95. (sic) Denied.

96. (sic) Denied.

97. (sic) This is a legal conclusion such that no admission or denial can be made.

98. (sic) Denied.

99. (sic) Without knowledge therefore denied.

100. (sic) This is a legal statement such that no admission or denial can be made.

95. (sic). This is a legal statement such that no admission or denial can be made.

96. (sic) Denied.

97. (sic) Denied.

98. (sic) Denied.

99. (sic) Denied.

100. (sic) Denied.

101. (sic) Denied.

102. (sic) Denied.

103. (sic) Denied.

104. (sic) This is not an allegation but instead a legal argument such that no admission or denial can be made.

105. (sic) This is not an allegation but instead an argument of law for which no admission or denial can be made.

106. (sic) This is not an allegation but instead an argument of law for which no admission or denial can be made

107. (sic) This is not an allegation but instead an argument of law for which no admission or denial can be made.

108. (sic) This is not an allegation but instead an argument of law for which no admission or denial can be made.

109. (sic) This is not an allegation but instead an argument of law for which no admission or denial can be made.

110. (sic) This is not an allegation but instead an argument of law for which no admission or denial can be made.

111. (sic) This is not an allegation but instead an argument of law for which no admission or denial can be made.

112. (sic) Denied.

113. (sic) Denied.

114. (sic) Denied.

115. (sic) Denied.

116. (sic) Denied.

117. (sic) Denied.

118. (sic) Denied.

119. (sic) Denied.

120. (sic) Denied.

121. (sic) This is not an allegation but instead an argument of law for which no admission or denial can be made.

122. (sic) Denied.

123. (sic) Denied

124. (sic) Denied.

125. (sic) Denied.

126. (sic) Denied

127. (sic) Denied.

128. (sic) Denied.

129. (sic) Denied.

130. (sic) Denied.

131. (sic) Denied.

132. (sic) Denied.

133. (sic) Denied.

134. (sic) Denied.

135. (sic) Denied.

136. (sic) Denied.

137. (sic) Denied.

138. (sic) Denied.

139. (sic) Denied.

140. (sic) Denied.

141. (sic) Denied.

142. (sic) Denied.

143. (sic) This paragraph does not contain an allegation that can be admitted or denied.

144. (sic) Denied.

143. (sic) Denied.

144. (sic) Denied.

145. (sic) Denied.

146. (sic) Denied.

147. (sic) Denied.

148. (sic) Denied.

149. (sic) Denied.

150. (sic) Denied.

151. (sic) Denied.

152. (sic) Denied.

153. (sic) Denied.

154. (sic) Denied.

155. (sic) Denied.

156. (sic) Admitted that she blocked father after he was harassing her and threatening her.

157. (sic) Denied.

158. (sic) Denied.

159. (sic) Denied.

160. (sic) Denied.

161. (sic) Denied.

162. (sic) This is not an allegation but instead an argument of law for which no admission or denial can be made.

163. (sic) Denied.

164. (sic) Denied.

165. (sic) Denied.

166. (sic) Denied.

167. (sic) Denied.

168. (sic) Denied.

169. (sic) Denied.

170. (sic) Denied.

171. (sic) Denied.

172. (sic) Denied.

173. (sic) Denied.

174. (sic) Denied.

175. (sic) This paragraph contains no allegation that can be admitted or denied.

176. (sic) Admitted that Respondent, child, and Petitioner resided together from February 2017 to April 2018; otherwise denied.

177. (sic) Denied.

178. (sic) Denied.

179. (sic) Denied.

180. (sic) Denied.

181. (sic) Denied.

182. (sic) Denied.

183. (sic) This is not an allegation but instead an argument of law for which no admission or denial can be made.

184. (sic) Denied.

185. (sic) This is not an allegation but instead an argument of law for which no admission or denial can be made.

186. (sic) This is not an allegation but instead an argument of law for which no admission or denial can be made.

187. (sic) This is not an allegation but instead an argument of law for which no admission or denial can be made.

188. (sic) Denied.

189. (sic) Denied.

190. (sic) Denied.

191. (sic) Denied.

192. (sic) Denied.

193. (sic) Denied.

194. (sic) Denied.

195. (sic) Denied.

196. (sic) Denied.

197. (sic) Denied.

198. (sic) Admitted.

199. (sic) Denied.

200. (sic) Denied.

184. (sic) Denied.

185. (sic) Denied.

186. (sic) Denied.

187. (sic) Denied.

188. (sic) Without knowledge therefore denied.

189. (sic) Denied.

190. (sic) Denied.

191. (sic) Denied.

192. (sic) Denied.

193. (sic) Denied.

195. (sic) This paragraph contains no allegation that can be admitted or denied.

\*\*All allegations not specifically admitted are hereby denied. Respondent also denies Petitioner's entitlement to the relief sought in his Wherefore clause.

## FIRST AFFIRMATIVE DEFENSE

As a First Affirmative Defense, Respondent alleges that the Petitioner consented and or subsequently acquiesced to the relocation of the child to the United States, pursuant to Article 13a of the Hague Convention.

## SECOND AFFIRMATIVE DEFENSE

As a Second Affirmative Defense, Respondent alleges that removal is barred because he minor child is now settled in his environment and removal would be harmful pursuant to Article 12a of the Hague Convention.

## THIRD AFFIRMATIVE DEFENSE

As a Third Affirmative Defense, Respondent alleges, pursuant to Article 13b of the Hague Convention, that there is grave risk that the child's return to Venezuela would expose the child to physical or psychological harm or otherwise place the child in an intolerable situation.

## CERTIFICATE OF SERVICE

I hereby certify that on this __1__ day of March, 2023, a copy hereof has been furnished to Carmelina Marin Esq, counsel for Petitioner 6900 Tavistock Lakes Boulevard, Ste. # 400 Orlando, Florida 32827 at the following email address: contact@themarinlawfirm.com.

/s/ Pamela A. Padilla
Pamela A. Padilla
Florida Bar No. 688339
Justin Bleakley
Florida Bar No.: 60280
Martinez Manglardi, P.A.
903 N. Main Street
Kissimmee, FL 34744
Telephone: (407) 846-2240
Facsimile: (407) 847-2820
ppadilla@martinezmanglardi.com
jbleakley@martinezmanglardi.com
vilmarie@martinezmanglardi.com
Attorney for Respondent

13