1          UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
2                 ORLANDO DIVISION

3                                    :
    DANHOE ALEJANDRO MEDINA LUGO,    :
4                                    :    Case No.:
          Petitioner,               :    6:23-cv-00232-WWB-DCI
5                                    :
                                     :    Orlando, Florida
6   v.                               :    March 10, 2023
                                     :    Volume 2 - Excerpt
7                                    :
    MARIA MILAGROS RAMIREZ           :
8   PADILLA,                         :
                                     :
9         Respondent.                :
                                     :
10

11      REDACTED TRANSCRIPT OF EXCERPT OF EVIDENTIARY HEARING
          TESTIMONY OF MARIA MILAGROS RAMIREZ PADILLA
12         BEFORE THE HONORABLE DANIEL C. IRICK
              UNITED STATES MAGISTRATE JUDGE
13

14  APPEARANCES:

15  For the Petitioner:         Carmelina Marin
                                THE MARIN LAW FIRM
16                              6900 Tavistock Lakes Boulevard
                                Suite 400
17                              Orlando, Florida 32827

18  For the Respondent:         Justin M. Bleakley
                                Pamela A. Padilla
19                              MARTINEZ MANGLARDI, P.A.
                                903 North Main Street
20                              Kissimmee, Florida 34744

21

22  Proceedings recorded by real-time mechanical stenography.
    Transcript produced by computer-aided transcription.

23            Stenographically reported before:
            Heather Suarez, RMR, CRR, FCRR, FPR
24              U.S. Official Court Reporter
          (407) 801-8921 | heathersuarez.usocr@gmail.com
25   401 West Central Boulevard, Suite 4600, Orlando, Florida 32801

**T A B L E   O F   C O N T E N T S**

**March 10, 2023**
**Volume 2 - Excerpt**

WITNESS FOR THE RESPONDENT:

MARIA MILAGROS RAMIREZ PADILLA
Direct Examination By Ms. Padilla                3
Cross-Examination By Ms. Marin                  38

1              **P R O C E E D I N G S**

2         (Maria Milagros Ramirez Padilla sworn.)

3              **THE COURTROOM DEPUTY:**  Please be seated.  Please state

4    your full name for the record.

5              **THE WITNESS:**  Maria Milagros Ramirez Padilla.

6              **THE COURTROOM DEPUTY:**  Thank you.

7                        **DIRECT EXAMINATION**

8    **BY MS. PADILLA:**

9    **Q.**  Good afternoon.

10   **A.**  Good afternoon.

11   **Q.**  You had indicated your name.  How old are you?

12   **A.**  Twenty-nine.

13   **Q.**  You're originally from Venezuela?

14   **A.**  Yes.

15   **Q.**  And your primary language is Spanish?

16   **A.**  Yes.

17   **Q.**  Through the years that you've lived in Venezuela, growing

18   up, did you frequent the United States?

19   **A.**  Yes.

20   **Q.**  But you remained in Venezuela until you arrived here in

21   2021, as far as relocating here; correct?

22   **A.**  That's correct.

23   **Q.**  And as I understand it, there was a divorce between you and

24   Mr. Medina September 25, 2018; is that correct?

25   **A.**  That's correct.

*MARIA MILAGROS RAMIREZ PADILLA | DIRECT*                    4

1    **Q.**  And during the time that you were married, you had a son by

2    the name of M█████; correct?

3    **A.**  That's correct.

4    **Q.**  During the time that you were married with Mr. Medina, did

5    you experience physical abuse?

6    **A.**  A lot.  A lot of physical abuse.

7    **Q.**  Is that one of the reasons that you divorced Mr. Medina?

8    **A.**  That's correct.

9    **Q.**  And is that one of the reasons, once you separated, that

10   you needed to have a restraining order against him?

11   **A.**  That's correct.

12   **Q.**  And at one point did the courts order you both to

13   communicate through other people because you had difficulty

14   communicating?

15   **A.**  That's correct.

16   **Q.**  After the divorce, as I understand it, you both did come to

17   an agreement as to visitation.  Is that correct?

18   **A.**  Correct.

19   **Q.**  And during that time Mr. Medina did exercise his custody

20   rights; correct?

21   **A.**  Well, in Venezuela the custody is granted to one person,

22   but we share the parental responsibility.

23   **Q.**  So Mr. Medina had parental responsibility, meaning he paid

24   child support, he gets to visit the child, et cetera; correct?

25   **A.**  That's correct.

*MARIA MILAGROS RAMIREZ PADILLA | DIRECT*                    5

1   **Q.**  After you divorced Mr. Medina, did you get remarried?

2   **A.**  That's correct.

3   **Q.**  And who is your husband?

4   **A.**  Julio Navarro.

5   **Q.**  And how long have you been with Mr. Navarro?

6   **A.**  Five years, more or less.

7   **Q.**  So has he been a big part of M███████'s life?

8   **A.**  That -- yes.  Definitely.

9   **Q.**  Has he ever tried to take the place of Mr. Medina?

10  **A.**  Never.

11  **Q.**  And what is it he calls your husband?

12  **A.**  *Papi jo jo.*

13  **Q.**  And what does he call his father?

14  **A.**  *Papa.*  Dad.

15  **Q.**  And is M█████ close with your husband?

16  **A.**  Oh, yes.  Definitely.  They play together.  They read

17  together.  My husband does not speak very good Spanish, but

18  still he reads to him in English, and he reads to him in

19  Spanish.  They play with cards.  They really have an

20  extraordinary relationship.

21  **Q.**  When you said your husband doesn't speak Spanish, did you

22  mean English?

23  **A.**  My husband does not speak very good English.

24  **Q.**  Once you separated from Mr. Medina, did you remain in the

25  house that you lived with, with him?

*MARIA MILAGROS RAMIREZ PADILLA | DIRECT*                                    6

1    **A.**   That's correct, because that house belongs to -- or

2    belonged to my mother, but she gave it to me.

3    **Q.**   Since M█████ was born, did he reside in that house?

4    **A.**   That's correct.

5    **Q.**   And after you remarried Mr. Navarro, did he move into that

6    home?

7    **A.**   Yes.  That's correct.

8    **Q.**   And during that time, prior to leaving, did there come an

9    occasion in September of 2021 where you had a discussion with

10   Mr. Medina about relocating possibly to the United States?

11   **A.**   Yes.  That is correct.  We -- at the time we had an

12   agreement in which he -- that's the dad -- would bring my son

13   to my house.  So he arrived, and I asked him if he could get

14   out of the car and come inside and so that we could talk.  And

15   he said that yes, and he was there with his girlfriend at the

16   time.  And one of the topics -- one of the main topics that we

17   talked about on that occasion was our coming to the

18   United States.  My husband was also present there, and

19   Mr. Medina knew about this, the possibility to come to the

20   U.S., and he was in complete agreement of it.

21   **Q.**   And why was he in -- did he express why he thought that

22   would be good?

23   **A.**   Oh, yes.  Of course.  That's because he said he thought

24   M█████ would have a great, bright future in this country.

25   **Q.**   Did -- at any time during that discussion, did he tell you

*MARIA MILAGROS RAMIREZ PADILLA | DIRECT*                              7

1    that he was denying any permission or consent for him to go to

2    the United States?

3    **A.**   No.   He was always in complete agreement to our coming to

4    the United States, and that also included his own coming to the

5    United States.

6    **Q.**   When you say he -- he also coming to the United States,

7    what do you mean?

8    **A.**   M█████'s father.

9    **Q.**   Did M█████'s father indicate that he also wanted to come

10   to the United States?

11   **A.**   Yes.   With his girlfriend.

12   **Q.**   And did they want to go with you at the same time?

13   **A.**   Well, Mr. Medina at the time had to renew his passport,

14   and, also, he was lacking the financial resources for his

15   relocation.   But, also, his girlfriend at the time had accepted

16   all the entire situation of moving to the U.S.

17        So, in fact, one of the parts of the conversation was to

18   see if Danhoe's girlfriend could see about getting her visa and

19   her passport from Colombia because she's from Colombia, so

20   trying to decide if they were going to come in the same way and

21   manner that we were doing it or with the passport and the visa

22   and those things.

23   **Q.**   After that discussion, over the course of the next

24   two months, did you begin to make preparations to relocate to

25   the United States?

*MARIA MILAGROS RAMIREZ PADILLA | DIRECT*                                8

1    **A.**   Yeah.  I was able -- I did.  That's correct.  And I was

2    able, with Mr. Medina's help, to secure some of the funds to

3    sell my car.  This is because his brother-in-law has a used car

4    lot.  So he helped me wash it.  He helped me prepare

5    everything.  He was there many times, help also with the garage

6    sale that I had at my -- at my mother's house.

7    **Q.**   There was testimony earlier today that you, over the course

8    of knowing Mr. Medina, had several garage sales.  Had you -- is

9    that true?

10   **A.**   That's true, but that was the first time I was -- I had

11   done one, especially in Venezuela.  It's all complicated to get

12   those kinds of things together.

13   **Q.**   All right.  I'm confused.  I asked if you had previously

14   had several garage sales previously.  Are you saying you did,

15   in fact, have more than one garage sale?

16   **A.**   When I came over in the period of that month, I held

17   several garage sales.  Before that I had never done that before

18   ever.

19   **Q.**   Okay.  That clarifies it.  So you didn't have just one

20   garage sale in preparing to come here; is that correct?

21   **A.**   Well, like I said, it was in that month, that month

22   previous to coming over to the U.S.  When I was getting

23   everything ready to come over to the U.S., I had the garage

24   sale over the course of a few -- on and off days.  In the years

25   prior to that, I had never had a garage sale.

*MARIA MILAGROS RAMIREZ PADILLA | DIRECT*                    9

1    **Q.**  Got it.

2         You indicated that Mr. Medina helped you sell your car.  Is

3    that what I understood?

4    **A.**  That's correct.

5    **Q.**  Did he understand that the reason for selling the car was

6    to come to the United States?

7    **A.**  Of course.  Yes.

8    **Q.**  Did Mr. Medina go to more than one of the garage sales that

9    you had?

10   **A.**  Yes.  That is actually where we would do the exchange for

11   my son.  That's when we would see each other.

12   **Q.**  Prior to leaving Venezuela, did you have a dinner at

13   Mr. Medina's house with his family?

14   **A.**  That's correct.

15   **Q.**  Who was present?

16   **A.**  It was Danhoe's girlfriend, his mom, his dad, M████, and

17   I.

18   **Q.**  And during -- and can you tell me in relationship to

19   leaving Venezuela, was this close in time to leaving?

20   **A.**  Yes.

21   **Q.**  And was one of the reasons you were invited was a farewell

22   dinner?

23   **A.**  Yes.

24   **Q.**  And was there conversation that evening with his parents as

25   well Mr. Medina about you relocating to the Orlando area?

*MARIA MILAGROS RAMIREZ PADILLA | DIRECT*                    10

1    **A.**  That's correct.

2    **Q.**  And Mr. Medina was aware that your mother was at that time

3    currently in Sanford, Florida; correct?

4    **A.**  Yes.

5    **Q.**  And during that dinner did they ask you if you would be

6    moving in with her when you arrived here?

7    **A.**  That's correct.

8    **Q.**  And at some point you moved out of the -- what I'll call

9    the "marital residence" that you had with Mr. Medina in

10   preparation for relocating; is that correct?

11   **A.**  Yes.

12   **Q.**  And then you rented that home out; correct?

13   **A.**  Yes.  That's correct.

14   **Q.**  All right.  Then was there an incident on November 13,

15   2021, where you were attacked, which prompted you leaving for

16   the United States?

17   **A.**  That's correct.

18   **Q.**  Okay.  And was that -- well, let me ask you this:  You

19   didn't tell Mr. Medina immediately prior to leaving the date

20   you were leaving; is that correct?

21   **A.**  That's correct.  I was very much afraid for what had

22   happened.

23   **Q.**  And what had happened?

24   **A.**  Well, armed police came into my house, and they threatened

25   me with taking my life.  So I was extremely nervous.  I was

*MARIA MILAGROS RAMIREZ PADILLA | DIRECT*                    11

1    crying.  And that's what they said, that they would kill me if

2    I didn't leave.

3    **Q.**  There have -- I think there was questions posed of

4    Mr. Medina and a Mr. Cabrera about whether or not you've ever

5    expressed that you had been threatened by the government.  Is

6    there a reason why you wouldn't tell Mr. Cabrera or Mr. Medina

7    about threats from the government?

8    **A.**  I don't understand the question.

9    **Q.**  Did you tell Mr. Medina about the attack?

10   **A.**  I was too afraid.

11   **Q.**  Afraid of what?

12   **A.**  Well, because he has connections -- political connections.

13   He has a brother-in-law who is a high-rank military personnel.

14   He's very, very connected, and I was afraid.

15   **Q.**  And when you say "well-connected," are you talking about

16   the Maduro regime?

17   **A.**  That's correct.

18   **Q.**  And does his family -- other than just his brother-in-law,

19   his family have extended family who are well-connected with the

20   Maduro regime?

21   **A.**  That's correct.  Danhoe's dad -- he knows very many people

22   who are very connected within the politics in Venezuela.

23   **Q.**  So when you left -- what day did you leave for the

24   United States?

25   **A.**  November 17, 2021.

*MARIA MILAGROS RAMIREZ PADILLA | DIRECT*                    12

**Q.**  And how did you leave?

**A.**  Well, first I left from Valencia to San Antonio, which is basically Cúcuta in Colombia.  From then I went to Bogota, which is also in Colombia.  Then Mexico, Mexico City.  And from then -- from there to Mexicali.  I got a taxi and went to the border.

**Q.**  And was all that travel via airplane?

**A.**  Yes.  Of course.

**Q.**  Did you have to drag M███████ through a river to get here?

**A.**  No.  Never.  We never crossed the river.

**Q.**  Did you have to walk through a desert with gang violence or anything like that?

**A.**  No.  Never.  We never had that experience.

**Q.**  So when you get out of the taxi, how far did you have to walk to the border?

**A.**  There were probably approximately 25 steps, and we were on the U.S. border.

**Q.**  And then you arrived in Florida; correct?

**A.**  That's correct.

**Q.**  And your mom was already here?

**A.**  Yes.  That's correct.

**Q.**  I think we heard some testimony that you moved in with your mother at your uncle's house.

**A.**  Yes.  My uncle, who is deceased.

**Q.**  And did M██████ have his own room at that house?

*MARIA MILAGROS RAMIREZ PADILLA | DIRECT*                    13

1    **A.**  That's correct.

2    **Q.**  When you arrived in the United States, you initiated some

3    communication with Mr. Medina through Instagram, I believe, or

4    What's Up [*sic*]; correct?

5    **A.**  That's correct.

6    **Q.**  When you saw the messages -- well, let me ask you, were you

7    surprised to see the messages from Mr. Medina regarding the

8    denial of letting you leave with your son?

9    **A.**  Of course.  Because he had completely -- he had been in

10   complete agreement with our coming to the United States.

11   **Q.**  Initially, was the communication between you and Mr. Medina

12   strained?

13   **A.**  That's correct.

14   **Q.**  In one of those texts, I believe you indicated to him that

15   you were willing to stick to the plan to help him financially

16   with his passport.  Do you remember that?

17   **A.**  Yes.  That's correct.

18   **Q.**  Was that from the original conversation back in September

19   where he had indicated he didn't have the funds yet?

20   **A.**  That's correct.

21   **Q.**  In evidence -- I was going to show you, but we'll keep this

22   clear.  In evidence there is -- I think it's in evidence -- a

23   picture of M███████'s passport, and it looked like -- and the

24   testimony's been, that you've heard, is that you were applying

25   for a visa for M█████ but it was denied because Mr. Medina did

*MARIA MILAGROS RAMIREZ PADILLA | DIRECT*                    14

1    not give permission.  Is that true?

2    **A.**  You do not need the father's permission to obtain a visa

3    for the child.

4    **Q.**  Why?  How do you know that?

5    **A.**  The thing is that when I was making the appointment for

6    that visa, there was an error in the transcription.  So what

7    was denied was the appointment, not the visa.  He was not

8    denied the visa because he had not had the appointment for it.

9    **Q.**  And when did this occur?

10   **A.**  February of 2021.

11   **Q.**  And in looking at it, I think it says it in the top left

12   corner that it was in February, so that would have been before

13   the discussion about relocating; correct?

14   **A.**  That's correct.  And the papers are over there.

15   **Q.**  They're in evidence at this point.  He's been trying to

16   find them.  So --

17          **THE COURT:**  I think you're talking about Petitioner's

18   Exhibit No. 17.

19          **MS. PADILLA:**  Do you know where -- I saw it too.

20   That's why I was going crazy.

21          **THE COURT:**  Counsel, is this what you're talking

22   about?

23          **MS. PADILLA:**  Yes.

24          **THE COURT:**  It's 17.

25          **MS. PADILLA:**  17.  There you go.  That's the one.

*MARIA MILAGROS RAMIREZ PADILLA | DIRECT*                    15

1    **BY MS. PADILLA:**

2    **Q.**  Who took that photo?

3    **A.**  My mom did.

4    **Q.**  And go ahead.

5    **A.**  The hands you see in the picture -- they're my mom's.

6    **Q.**  And in Venezuela, to apply for that visa, do you go through

7    an intermediary?

8    **A.**  Yes, because Venezuela's embassy is in Colombia.

9    **Q.**  So when you say somebody made an error, is it sort of like

10   a paralegal who does this for you?  Or explain that.

11   **A.**  Yes.  That was made by a paralegal in Colombia.

12   **Q.**  All right.  Now, after the initial communication with

13   Mr. Medina was hostile, over the course of the next

14   nine months, did you communicate regularly with Mr. Medina?

15         **THE INTERPRETER:**  May the interpreter have the first

16   part of the question repeated?  After the communication?

17         **MS. PADILLA:**  After the communication was initially

18   bad between them.

19         **THE INTERPRETER:**  Oh, yes.  And the following

20   nine months?

21         **MS. PADILLA:**  Then the next nine months, you guys were

22   cordial in your communication.

23         **THE WITNESS:**  Oh, yes.  Mr. Medina would talk to

24   M████, and they would interact.  Between the two of them,

25   M████ would send voice notes, stickers.  I mean, I didn't

*MARIA MILAGROS RAMIREZ PADILLA | DIRECT*                               16

1    really have anything to do with it, but they did.

2    **BY MS. PADILLA:**

3    **Q.**  At some point did Mr. Medina indicate to you he knew your

4    address?

5    **A.**  He said that in a video call that we had where he said he

6    knew where he was -- where we were.

7    **Q.**  And I'm not going to take you through all the

8    communication, but the communication, though, between both of

9    you was pleasant in the sense that you would talk about what

10   was going on with your lives as well as M█████; correct?

11   **A.**  That's correct.

12   **Q.**  And in that communication you had advised Mr. Medina that

13   your son had been taken to the doctor for a checkup; correct?

14   **A.**  Oh, yes.  Of course.

15   **Q.**  And you sent a photo showing his height and his weight,

16   et cetera, to Mr. Medina; correct?

17   **A.**  Yes.  Even pictures of M█████'s last day of school and all

18   the things he had going on here in the United States.

19   **Q.**  Did you send him pictures of schoolwork?

20   **A.**  Of course.

21   **Q.**  So he knew the child was enrolled in school?

22   **A.**  Of course.  Yes.

23   **Q.**  And does M█████ have health insurance?

24   **A.**  Yes.

25   **Q.**  And I think the Court has a copy of it.  It's Florida Blue?

*MARIA MILAGROS RAMIREZ PADILLA | DIRECT*                    17

1    **A.**   Yes.

2    **Q.**   And does M█████ have a pediatrician?

3    **A.**   Of course.

4    **Q.**   And he's been there on more than one occasion?

5    **A.**   That's correct.

6    **Q.**   Has he received vaccines here?

7    **A.**   Yes.  Several -- several occasions.

8    **Q.**   I want to talk about the home you live in now.  You moved

9    at some point, as we heard, because the house was going to be

10   put up for sale.  Did you move into an apartment?

11   **A.**   That's correct.

12   **Q.**   Can you tell me how many bedrooms and bath the apartment

13   you live in has?

14   **A.**   It has three bedrooms, three bathrooms, a living room,

15   dining room, and a kitchen and a washing room.

16   **Q.**   And what's the name of the apartment complex you live in?

17   **A.**   West Lake.

18   **Q.**   And are there different amenities at the apartment complex

19   you live in?

20   **A.**   Yes, we do.  We have two big pools, a tennis court, a

21   playground, large green areas, areas for picnics with grills so

22   we can do our barbecue.  It's really very complete.

23   **Q.**   Does M█████ have his own bedroom where you live?

24   **A.**   That's correct.

25   **Q.**   All right.  I'm going to show you some of the photos that

*MARIA MILAGROS RAMIREZ PADILLA | DIRECT*                    18

1    have been marked as Respondent's, I guess, Exhibit J, but I

2    don't know what number it went in as.

3              **MR. BLEAKLEY:**  It is just J.

4              **MS. PADILLA:**  It is just J.  Okay.

5    **BY MS. PADILLA:**

6    **Q.**  Can you tell me what we're -- well, let's see.

7              **MR. BLEAKLEY:**  You can talk from here if you want to.

8              **MS. PADILLA:**  Yeah.  Let me scroll.

9              The Court's okay with that?

10             **THE COURT:**  Okay.  While you're going through the

11   exhibits, sure, you can sit there and use the laptop.

12             **MS. PADILLA:**  Yeah.  I'll go back up.

13   **BY MS. PADILLA:**

14   **Q.**  What are we looking at?

15   **A.**  That's M█████'s bedroom with his Pokémons.

16   **Q.**  Does he have a desk in his room?

17   **A.**  That's correct.

18   **Q.**  Is this the desk here in this photo?

19   **A.**  Yes.  And that's where he does his homework and he reads.

20   He draws.

21   **Q.**  And since he's been here -- well, let me ask you first.

22   Let's see.  It looks like we've got some duplicates, so hold

23   on.

24             Is this his closet?

25   **A.**  Yes.  His toys also.

*MARIA MILAGROS RAMIREZ PADILLA | DIRECT*                    19

1   **Q.**  Has he -- since arriving, has he had to live in any type of

2   cramped quarters or share a room?

3   **A.**  Not at all.  He's always had his own space, his own

4   bedroom, his own things.

5   **Q.**  Are you on the lease contract of that apartment?

6   **A.**  That's correct.

7   **Q.**  Who resides with you?

8   **A.**  My husband, Julio; M███████; and my mom.

9   **Q.**  There's a name on the lease of a Patricia Padilla.  Do you

10   know why she's on the lease?

11   **A.**  Yes.  She takes over the responsibility in case we fail,

12   which has never happened.

13   **Q.**  Meaning if you don't pay the rent, she would be

14   responsible?

15   **A.**  Of course.  Yes.

16   **Q.**  And let me ask you, does your mother contribute financially

17   to the rental payments?

18   **A.**  Yes.

19   **Q.**  How are you financially supported?

20   **A.**  Well, I have the rental from Venezuela and then my

21   husband's job.  We share expenses.  From time to time, I would

22   be called to clean a place, to walk some dogs, and just little

23   odd things I can do while I receive my work permit, which I

24   have applied for and I'm expecting anytime soon -- sometime

25   soon.

*MARIA MILAGROS RAMIREZ PADILLA | DIRECT*                    20

1   **Q.**   How much does your husband make a month?

2   **A.**   Approximately 6,000.

3   **Q.**   And as I understand it, he installs solar panels?

4   **A.**   That's correct.

5   **Q.**   Do you know the name of the company?

6   **A.**   I really don't.

7   **Q.**   How long has he worked there?

8   **A.**   About a year.

9   **Q.**   And since you've -- well, let me ask you this:  Does he

10  have a work permit?

11  **A.**   Not right now.  He will receive it soon.

12  **Q.**   Do you know how he's able to work, then?

13  **A.**   I don't know how they go about that.  What I know is that

14  he has a job.

15  **Q.**   Has he ever been -- received any warning that he may be

16  fired for any reason?

17  **A.**   No, not at all.  He has always been praised for his skills

18  that he has at work.

19  **Q.**   Has he received raises during the time that he has worked

20  there?

21  **A.**   Of course.  Yes.

22  **Q.**   Now, is there a -- well, let me ask you this.  A suggestion

23  that maybe he would leave you.  Can you talk a little bit about

24  your relationship with Julio?

25  **A.**   Oh, of course.  Well, we have a very solid relationship, we

*MARIA MILAGROS RAMIREZ PADILLA | DIRECT*                21

1   have had for over five years.  We have never fought.  There's

2   always -- the first thing is respect and then love.  And the

3   most important thing is for he and my son to have a good

4   relationship, for them to get along so that he respects and

5   loves my son and that he can provide for the two of us the love

6   that we need.

7   **Q.**  How much is your rent?

8        **MS. MARIN:**  I'm sorry.  I didn't hear that.

9   **BY MS. PADILLA:**

10  **Q.**  How much is your rent?

11  **A.**  2,090 plus services.

12  **Q.**  And you split that with your mother?

13  **A.**  Yes.

14  **Q.**  All right.  So your portion of that responsibility would be

15  approximately a thousand dollars a month; correct?

16  **A.**  That's correct.

17  **Q.**  Do you think you would have -- be able to find a job in the

18  event you needed to contribute to that portion of your rent?

19  **A.**  Oh, of course.  Yes.  I have all the motivation in the

20  world and also the initiative to get a job in this country.

21  **Q.**  I think in evidence there is -- it's Respondent's

22  Exhibit D.

23        **MS. PADILLA:**  I don't need to show it, Justin.  The

24  Court can look at it.

25  **BY MS. PADILLA:**

*MARIA MILAGROS RAMIREZ PADILLA | DIRECT*

1    **Q.**  There's a payment history of your rent since you moved into

2    that apartment.  Have you ever been late on rent?

3    **A.**  No.  It's the opposite.  We try to pay before it's due.

4    **Q.**  Have you had any financial difficulty supporting yourself

5    or M█████ since you arrived here?

6    **A.**  Never.

7    **Q.**  Before I get into a little bit more about M█████, I want

8    to -- I want to bring up something because I anticipate that

9    you're going to hear about this.  You had submitted to the

10   Department of State a letter in response to -- I think it's a

11   request for return that you submitted wherein -- there's a

12   sentence that said something about Mr. Medina had political

13   influences, et cetera, and it's thwarted your ability to get

14   unilateral custody.  Do you remember this sentence?

15   **A.**  Yes.  We received that letter four days prior to when it

16   was supposed to be due.  So I had to request the help of a

17   paralegal to translate everything and to explain he was already

18   familiar with what the situation was, because in Venezuela I

19   had never been -- it has never been requested of me, and it has

20   never been challenged for me to have the unilateral custody.

21   **Q.**  Was one of the reasons for you to come here was to take all

22   custody away from Mr. Medina and take all of his rights away

23   from him?

24   **A.**  Of course not.  Absolutely not.  I have always been in

25   agreement for the child to have a relationship with his father.

1    **Q.**  And you want him to be part of -- you would like Mr. Medina

2    to be part of your son's life; correct?

3    **A.**  Of course.  All the time.

4    **Q.**  Now that you've submitted a petition for asylum in this

5    country, are you able to go back to Venezuela?

6    **A.**  I do not.  I cannot.

7    **Q.**  Has M███████ always lived with you?

8    **A.**  That's correct.  Always.  In Venezuela and here.

9    **Q.**  Have you always been the primary caregiver?

10   **A.**  Absolutely.  100 percent.  Everything from routine things,

11   food, clothing.  It has always been I had been the one

12   responsible for everything.

13   **Q.**  Can you tell me about the bond that you have with M██████?

14   **A.**  It's too big because -- too strong.  (In English:)  Sorry.

15   (Through interpreter:)  M██████ loves me as much as I love him.

16   We communicate perfectly.  He's always been adorable.  He's

17   always been very respectful of me.  He's very kind.  He's

18   always been dependent on me to go to sleep, to take a shower,

19   or a bath.  It's a -- it's a big -- a strong relationship, and

20   it's a very strong connection from the moment I had him in my

21   arms.

22   **Q.**  Prior to February 10th, when M██████ left your custody

23   pending this outcome, how long had M██████ been away from you?

24   How many days or weeks or months prior to that?

25            **MS. MARIN:**  Objection.  Relevance.

1              **THE COURT:**  Overruled.  You can answer.

2              **THE WITNESS:**  Not less than a week.

3    BY MS. PADILLA:

4    **Q.**  You mean not less than a week or not more than a week?

5    **A.**  At most seven days, and that would be the most ever.

6    **Q.**  Pending this hearing from February 10th till as we stand

7    here today, did you have evening visitation with M███████ via

8    FaceTime every night at 7:00 P.M.?

9    **A.**  Yes.  Except for once -- one time.  The communication is

10   very sketchy, and it cuts off constantly, and they -- they tell

11   him what to say, and I can tell that he is behaving in a very

12   different way than he is with me because, in fact, they

13   interrupt the conversations to tell him what to say, what to

14   respond.  And even with all those things considered and during

15   our phone calls, he tells me, "Mommy, you're my life.  I love

16   you.  Pray for me.  Let's pray."  And he reads me stories, and

17   we laugh and we sing, but it is difficult.

18   **Q.**  There's a video of one of the interactions, very short, I'd

19   like to show you.

20             **MS. PADILLA:**  No audio?

21   BY MS. PADILLA:

22   **Q.**  Well, was there a time during one of the communications

23   where he was asked to draw family members?

24   **A.**  Oh, yes.  He had a homework -- an art homework where he was

25   asked to draw.  He was asked to draw a heart with the most

*MARIA MILAGROS RAMIREZ PADILLA | DIRECT*                    25

1    important person for him.  So I asked him, "*Papi*, who's that

2    person who's the most important for you?"

3         And he said, "It's you.  You are the most important person

4    in the whole entire earth."

5    **Q.**  Was there another -- and these are in evidence.  The Court

6    can look at them.

7         Was there another video where he was talking to you about

8    how much he loved you by using the word "infinity"?

9    **A.**  Yes.  He said, "I love you, Mommy, infinitely.  I love you

10   more than you love me."

11        I said, "No.  That cannot be.  I love you more."

12        Then he said, "No. I love you infinitely."

13            **THE COURT:**  Counsel, you're referencing a video

14   clip -- two I think you've referenced, and you said they're in

15   evidence.  Are they?

16            **MS. PADILLA:**  Yes.

17            **THE COURT:**  Okay.

18            **MS. PADILLA:**  It's part of --

19            **MR. BLEAKLEY:**  So just to help here, it's in I, and

20   the clerk has a flash drive that has the electronic stuff we

21   couldn't give you in paper.

22            **THE COURT:**  Okay.  Because I just didn't have anything

23   electronic up here, so I appreciate that clarification.

24            **MS. PADILLA:**  Well, I think he got it to work if the

25   Court wants to hear the clip.

*MARIA MILAGROS RAMIREZ PADILLA | DIRECT*                    26

1        **THE COURT:**  It's up to you if you-all would like to

2   play them.  They're in evidence.

3        (Exhibit published.)

4        **THE COURT:**  Counsel, let me ask you to pause it for a

5   second.  I got the gist of it.  I'll just say my Spanish is

6   rudimentary at best, so I don't know that it's doing much good

7   to play more than that.

8        **MS. PADILLA:**  Right.  And I was going to ask the court

9   reporter [*sic*] if she could have translated it.

10        **THE COURT:**  That's fine.  I get the gist of it.  I've

11   heard the witness's testimony concerning it.

12        **MS. PADILLA:**  That's fine.

13   **BY MS. PADILLA:**

14   **Q.**  Now, since -- let me ask you this:  Does M█████ currently

15   have some sort of routine?

16   **A.**  Yes.  Every day.

17   **Q.**  Tell me a little bit about M█████'s routine daily.

18        **MS. MARIN:**  Objection, Your Honor.  This is -- goes to

19   custody.  I'm not sure how this relates to -- we've heard

20   testimony from his schoolteachers.  We've heard testimony from

21   her that the child has been going to school, the child has a

22   relationship with her husband.  It sounds more like a custody

23   proceeding as opposed to what we're here to do, whether or not

24   the child is to return to Venezuela to have the actual custody

25   proceeding.

*MARIA MILAGROS RAMIREZ PADILLA | DIRECT*

1          **THE COURT:**  Well, I certainly think his daily routine

2    is relevant to the issue of whether or not the child is

3    well-settled; so the objection is overruled.

4          Counsel, you can continue.

5    **BY MS. PADILLA:**

6    **Q.**  You can answer.

7       Why don't you stop there for a minute for her to --

8    **A.**  Well, right now what we do is first we get up.  He usually

9    wakes up at ten till 7:00.  I usually wake him up with hugs and

10   kisses.  So we get up.  We go to the bathroom.  We brush our

11   teeth.  We put our clothes on.  I do his hair because he loves

12   to have his hair done in a certain way.

13      And then at that time he will tell me if there's something

14   specifically he wants to eat.  Otherwise, he goes and eats at

15   school.  So we go in the car.  We start riding, and he'll tell

16   me, "Mommy, Mommy, get on with the music."  There's a

17   Venezuelan expression that we have that says *música maestro* for

18   the music to start.

19      So then we drive -- we drive to school, and we go singing

20   because it's about a ten-minute drive.  We get there.  We get

21   out.  He goes in always super happy.  He gives hugs to the

22   teachers, and then I'll go back to the house, and I wait for

23   the dismissal.

24          **THE INTERPRETER:**  The interpreter will clarify one

25   term.

*MARIA MILAGROS RAMIREZ PADILLA | DIRECT*                    28

1          **THE WITNESS:**  So I try to get there early for

2     dismissal because he likes to be the first one to be picked up,

3     and I always have some fruit for him.  I have some bananas,

4     some watermelon, a juice, and some cold water.  And when we see

5     each other, we greet each other with a big kiss and a hug.

6          So we get back to the house.  And, again, you know, we

7     ride and we sing and we play music.  We talk about what

8     happened at school: who did he see, who did he have lunch with.

9     We get to the house.  He takes a shower.

10         The food is ready for him.  It's a bit of a

11     lunch/dinner because he eats at school.  And then we go

12     together, and we watch a movie or we read a story or we go to

13     the park.  We figure out if he has homework to do.

14         So we wait until about 7:00, and if we have something

15     else to do like go to see the Venezuelan group or visit the

16     church, there's a playground outside the church that we can

17     also visit the blessed sacrament while we're there.  And then

18     we get back to the house.  And if the activities make it

19     necessary for him to have another shower, he takes a shower,

20     brushes his teeth, and we eat all together again, and then he

21     goes to bed because he gets up very early and he loves to

22     sleep.

23     **BY MS. PADILLA:**

24     **Q.**  You had mentioned church.  Are you Catholic?

25     **A.**  Yes.

*MARIA MILAGROS RAMIREZ PADILLA | DIRECT*                    29

1    **Q.**  Mr. Medina's Catholic?

2    **A.**  He doesn't practice.

3    **Q.**  But has a Catholic history?

4    **A.**  Yes.  He's just not really familiar with everything.

5    **Q.**  I say this because in the petition there was an allegation

6    he wanted the child to be raised Catholic.  So my question to

7    you is are you raising your son Catholic?

8    **A.**  Yes.  Yes, because we actually -- we decided together from

9    the get-go that the child was going to be raised Catholic.  So

10   we had from the very beginning his baptism, and this is going

11   to be his legacy, and he practices daily.

12   **Q.**  Are you a member of a church?

13   **A.**  That's correct.  All Souls.

14   **Q.**  All Souls Catholic Church in Sanford?

15   **A.**  That's correct.

16   **Q.**  There's a letter.  It's Respondent's Exhibit E from the

17   Catholic church indicating, it looks like, since -- you've been

18   a member there since February of 2022.  Is that correct?

19   **A.**  That's correct.

20   **Q.**  And do you take M███████ to church?

21   **A.**  Of course I do.

22   **Q.**  I'm sorry.

23   **A.**  Yes.  In fact, we try to go to mass in Spanish with

24   Father Winny Cruz, and we are always, you know, with a daily

25   life with the church.

*MARIA MILAGROS RAMIREZ PADILLA | DIRECT*                    30

1    **Q.**  As far as other extracurricular activities that you do with

2    your son, we heard from a witness that talked about a

3    Venezuelan -- Venezuelans of Sanford.  There's a letter in

4    Respondent's Exhibit H outlining some of the things that you

5    do.  But for purposes of it, has M██████ joined you in any

6    Venezuelan activity?

7    **A.**  Yes.  On several occasions.

8    **Q.**  Do you want M█████ to know his heritage and culture?

9    **A.**  Of course.  I want him to know where he comes from, to be

10   proud of his Venezuelan heritage and that he knows a little bit

11   about it and gets to know some of the culture as well.

12   **Q.**  Just let me ask you, generally speaking, does M██████ have

13   a great deal of friends?

14   **A.**  Many friends.

15   **Q.**  And has he established close bonds with many?

16   **A.**  That's correct.

17   **Q.**  I meant to ask you this, but as I understand it, Mr. Medina

18   has a cousin who lives here locally; correct?

19   **A.**  He has several relatives including that one.

20   **Q.**  But I meant a female cousin.

21   **A.**  Yes.

22   **Q.**  And what's his cousin's name that lives here locally?

23   **A.**  Naylibeth Lugo.

24   **Q.**  Can you spell that for the court reporter?

25   **A.**  It's N, as in "Nancy," -a-y-l-i-b, as in "boy," -e-t-h,

*MARIA MILAGROS RAMIREZ PADILLA | DIRECT*                                     31

1      Lugo, L-u-g-o.

2      **Q.**   Have you seen his cousin since you arrived?

3      **A.**   That's correct.

4      **Q.**   How did you see her?

5      **A.**   Yes.  At her house.  She has invited us to her house.  She

6      invited us to her wedding at her house, and we were there

7      hanging out with many of her friends, M███████ with her

8      daughter.  So we have met on several occasions.

9      **Q.**   Do you believe that M██████ has adjusted well to the

10     United States?

11     **A.**   Very, very well.  He has made tons of friends.  He has done

12     a very good job with the language.  He's really a wonderful

13     kid, and he has immersed himself very well, adjusting.

14     **Q.**   Let me just -- without going through all these photos, I do

15     want to ask you just a couple --

16         Can you see that?

17     **A.**   Yes.

18     **Q.**   Does -- is that M██████'s bird?

19     **A.**   Yes.  That's his pet.

20     **Q.**   Does he take care of that bird?

21     **A.**   Yes.  He's always taking care -- taking care of it, making

22     sure it has water, food.  He gave him a name, makes pictures

23     for her -- draws pictures for the bird and puts it in the

24     cage -- puts him in the cage.

25              **THE COURT:**  Would you identify the exhibit, please?

*MARIA MILAGROS RAMIREZ PADILLA | DIRECT*                                  32

1           **MS. PADILLA:**  I.  This is also part of I.  Just --

2    let's see.

3    **BY MS. PADILLA:**

4    **Q.**  After coming to the United States, have you learned many of

5    the customs of the United States?

6    **A.**  That's correct.

7    **Q.**  Is this M█████'s first time carving a pumpkin?

8    **A.**  Yes.

9           **MS. MARIN:**  Objection, Your Honor.  This was asked and

10   answered by another witness.

11          **THE COURT:**  Overruled.  That's not what asked and

12   answered means.

13          **MS. MARIN:**  Objection.  Cumulative.

14          **THE COURT:**  Overruled.  Go ahead.

15   **BY MS. PADILLA:**

16   **Q.**  And is there a video of this that we have submitted into

17   evidence as well?

18   **A.**  That's correct.

19   **Q.**  Tell me about -- we've heard about his birthdays.  He's had

20   two birthdays since he's arrived in the United States.  What is

21   your tradition with M█████ related to a birthday?

22   **A.**  Well, we do just a small cake that we have ready.  We --

23   always very expectant of his birthday.  We are very happy about

24   it.  So we take this little cake to him before he wakes up, and

25   we start singing to him "Happy Birthday."  He wakes up.  He

*MARIA MILAGROS RAMIREZ PADILLA | DIRECT*                    33

1    blows the candle.  And we always leave all the birthday

2    decorations for the day.

3    **Q.**  I put on the screen part of Exhibit I.  Is this how you had

4    decorated before he even went to school that day?

5    **A.**  Yes.  That's actually the clothing that he took to school

6    that day and his little button that says he's turning six.

7    **Q.**  And let me ask you, the tradition of waking him up with the

8    cake and singing to him, has that been since he was born?

9    **A.**  Yes, since he was born.

10            **MS. PADILLA:**  Coming to an end here.

11   **BY MS. PADILLA:**

12   **Q.**  Did you take him to see fireworks for Fourth of July?

13   **A.**  That's correct.

14   **Q.**  And where did you -- where did you take -- oh.  Where did

15   you take him to see fireworks?

16   **A.**  To the Sanford Marina with part of the family.

17   **Q.**  Has M█████ expressed that he likes his friends in his

18   school?

19   **A.**  Oh, yes.  He's always telling me about "Mommy, I made a new

20   friend," or "I ate with Aaron" or "I hung out with Biro

21   (phonetic)."  He's always telling me about school and his

22   friends.

23   **Q.**  Lastly, who's the picture on the screen?

24   **A.**  That was M█████'s godmother from his baptism with her son

25   Sebastian and M█████ at her godmother's birthday.

*MARIA MILAGROS RAMIREZ PADILLA | DIRECT*                                    34

 1   **Q.**  And do you see -- does M███████ see his godmother and her

 2   children -- her child or children regularly?

 3   **A.**  Yes.  All the time.

 4   **Q.**  Now, the -- you said her -- it was a godmother.  What was

 5   her name?

 6   **A.**  Victoria Isabel Sanchez Sanchez.

 7   **Q.**  She's not related to you?

 8   **A.**  No.

 9   **Q.**  How often do you see them?

10   **A.**  We see her once or twice a month, but we stay overnight

11   because they live in Kissimmee, and that is more convenient.

12          **MS. PADILLA:**  I don't have anything further.

13          **THE COURT:**  All right.  We're going to take our

14   afternoon break at this time.

15          Ms. Marin, I'll give a ten-minute break before

16   cross-examination starts.

17          And, ma'am, though, I want to remind you that

18   during -- you're in the middle of your testimony, and so I ask

19   that you not talk to anyone concerning your testimony.  That

20   means any other person at all, including your attorney,

21   concerning the topic of your testimony.  So that's the

22   limitation there.  Obviously, if you need to talk to your

23   attorneys about other things, that's fine, but not about what

24   your testimony is right at this moment.

25          It's a little bit unusual that we break in the middle

1   of a witness's testimony, so I have to give you this additional

2   instruction.  Do you understand?

3          THE WITNESS:  Yes.

4          THE COURT:  All right.  Let me ask Ms. Padilla, the

5   counsel, do you have other witnesses after this witness?

6          MR. BLEAKLEY:  Maybe one more depending on how long

7   this one takes.

8          THE COURT:  Okay.  And do you intend to offer the

9   rebuttal witness?

10          MS. MARIN:  I'm sorry, Your Honor?

11          THE COURT:  Do you intend to offer the rebuttal

12   witness still?

13          MS. MARIN:  Yes, I do.

14          THE COURT:  Okay.  We'll get to that.  I was just

15   thinking about timing.  Okay?

16          MS. MARIN:  I just want the Court to know that due to

17   her testimony so far, I have the one rebuttal -- the one

18   rebuttal witness, and I may have -- I may call my client again

19   and his mother, who is outside.

20          MS. PADILLA:  She's not a witness --

21          MS. MARIN:  She's on the witness list.

22          MS. PADILLA:  His mother is not on the witness list at

23   all, Your Honor.

24          THE COURT:  All right.  Well, we'll cross some of

25   these bridges when we get to them.  If counsel wants to confer

1    about some of these issues, that would be helpful too just so

2    we know who we're talking about and we have everybody's

3    positions ironed out.

4            Let's take a ten-minute break.  We'll come back out at

5    3:35, and we'll move forward with cross-examination.

6            **MS. MARIN:**  Thank you, Your Honor.

7            **THE COURT:**  Thank you.

8         (Recess at 3:24 P.M. until 3:40 P.M.)

9            **THE COURT:**  All right.  Before we get started with

10   testimony, the cross-examination, I want to see counsel at

11   sidebar.

12        (Sidebar on the record.)

13            **THE COURT:**  So where's the child?

14            **MS. MARIN:**  The child right now is at the -- he's at

15   the -- I don't really know.

16            **THE COURT:**  Well, that's a problem because

17   Judge Berger's order directed the child to go to school.  The

18   testimony I have is that he's not gone to school for the past

19   two days.  So, therefore, your client's in violation of the

20   Court's order that allows him to have custody at this time.

21   I'm very concerned about that.  And I don't know exactly what

22   I'm going to do concerning that, but I think you need to

23   identify the location of the child before we leave today.

24            **MS. MARIN:**  Yes.  I can ask him right now.

25            **THE COURT:**  Okay.  Well, it doesn't change the fact

1   that he's in violation of the Court's order.  I mean, is there

2   any -- do you have any explanation about that?

3          **MS. MARIN:**  Well, I think the issue was that, you

4   know, he's in charge of taking and bringing the child back.  We

5   had to be here today at -- early.

6          **THE COURT:**  Sure but --

7          **MS. MARIN:**  That was before school started.

8   Yesterday --

9          **THE COURT:**  Ms. Marin, that doesn't give him

10  permission to violate the Court's order.  If he needed some

11  relief from the Court's order, then you could have sought one.

12  Okay?  You can't violate the Court's order first and then --

13  you know, not even tell us about it.  I find out about it

14  during testimony.  I mean, that's a serious concern to me.

15         **MS. MARIN:**  I understand.

16         **THE COURT:**  So I don't know -- I want you-all to think

17  about this issue.  I want to let you do your cross-examination,

18  and then if you need to confer with each other, confer.  But I

19  do think this needs to be addressed before the end today.

20         **MS. MARIN:**  Thank you.

21         **THE COURT:**  All right.  Thank you.

22      (End of sidebar.)

23         **MS. MARIN:**  May I approach the witness, Your Honor?

24         **THE COURT:**  Yes.

25         **MS. MARIN:**  This is our exhibit list.  I'm going to be

*MARIA MILAGROS RAMIREZ PADILLA | CROSS*                    38

1    possibly directing you to different numbers here.

2              All right.  May it please the Court?

3         **THE COURT:**  Yes.  Go ahead.

4                        **CROSS-EXAMINATION**

5    **BY MS. MARIN:**

6    **Q.**  Good afternoon, Ms. Milagros.

7    **A.**  Good afternoon.

8    **Q.**  My name is Carmelina Marin.  I represent Mr. Medina.

9         **MS. MARIN:**  Let me get some water.

10   **BY MS. MARIN:**

11   **Q.**  I just want to get some dates correct.  You married your

12   current husband on August 20, 2021?

13   **A.**  That's correct.

14   **Q.**  And one month later, you stated that you started to have a

15   conversation with Mr. Medina concerning coming to Florida?

16   **A.**  That's correct.

17   **Q.**  And was that conversation ever memorialized in writing?

18   **A.**  Not in writing, but in several opportunities, we spoke

19   about the same things.

20   **Q.**  Did you ask him to sign a consent form?

21   **A.**  Yes.  Of course.  There was an appointment made with an

22   attorney for that purpose, but he never showed up, and then

23   afterwards he just excused himself, saying, "Oh, sorry.  I was

24   with the doctor."

25   **Q.**  And what was the date of that alleged date at the

*MARIA MILAGROS RAMIREZ PADILLA | CROSS*                39

1    attorney's office?

2    **A.**   A few days before we left to come here.

3    **Q.**   Did you try to reschedule that?

4    **A.**   He was not answering the phone because -- he was not

5    answering the phone because he was with a patient.

6    **Q.**   Did you bring him the written consent for him to sign?

7    **A.**   You had to do that at the attorney's office.

8    **Q.**   Is it possible that you could have sent it to him?  He

9    could have signed it himself at a notary's office?

10   **A.**   I'm not an attorney to take possession of those legal

11   documents, but he had to go there to the attorney's office.

12   **Q.**   Did you tell him where the attorney's office was?

13   **A.**   Of course.

14   **Q.**   He could have made an appointment himself with the notary

15   or with the attorney's office to sign it?

16   **A.**   I suppose so.

17   **Q.**   Since you did not get the written consent that you wanted

18   from Mr. Medina, did you have the option to go to court and ask

19   for permission?

20   **A.**   I'm not -- I'm unfamiliar with the legal proceedings.

21   **Q.**   Your mother in Venezuela was a judge; is that correct?

22   **A.**   Yes.  Criminal.

23   **Q.**   And she also was a practicing attorney before she became a

24   judge; is that correct?

25   **A.**   Yes.  That's correct.

*MARIA MILAGROS RAMIREZ PADILLA | CROSS*                    40

1    **Q.**  Did you ever ask your mother how could you get the consent

2    that you needed?

3    **A.**  No.  She was here in the United States.

4    **Q.**  Did you have contact with your mother when she was here in

5    the United States?

6    **A.**  From time to time, yeah, we did.

7    **Q.**  Do you have family in the United States that are attorneys?

8    **A.**  Yes.

9    **Q.**  Could you have asked those people to help you?

10   **A.**  To what?

11   **Q.**  To help you get the consent you needed from Mr. Medina.

12   **A.**  He had given me his verbal consent.  He always knew and was

13   in agreement to our coming to the U.S.  I don't understand your

14   question.

15   **Q.**  Sure.  I'll rephrase it.

16       Have you reviewed the divorce decree or the child custody

17   decree?

18   **A.**  Yes.  Of course.

19   **Q.**  And in the custody -- I'm sorry.  Let me -- I'm going to

20   direct you to the exhibit.  That would be No. 6.  And I would

21   direct you to page No. 8.  And behind -- that's the English.

22   Behind that you can find it in Spanish, and it is the second to

23   last page where it says "authorize."

24   **A.**  Okay.

25   **Q.**  Are you familiar with that portion of the -- of the child

*MARIA MILAGROS RAMIREZ PADILLA | CROSS*                      41

1   custody order?

2   **A.**   Yes.

3   **Q.**   And it states that you are required to get the consent of

4   the father; correct?

5   **A.**   That's correct.  And that's why I did it and informed him

6   before coming to the United States.

7   **Q.**   Did you tell him where you would -- where it was your

8   ultimate destination in Florida?

9   **A.**   Of course I did.  From the beginning.

10  **Q.**   So then -- but you never gave it to him in writing?

11  **A.**   He knew we were coming here.  He knew we were coming to

12  Florida.  He knew my mom was living in Sanford and that he was

13  spending the nights or staying at my uncle Nago's (phonetic)

14  house.

15  **Q.**   So in the What's Up messages where he keeps asking, "Where

16  is my son?  Where is my son?" why didn't you write it in the

17  What's Up message?

18  **A.**   Well, good grief.  He knew it.  He even testified about it.

19  **Q.**   So if he knew, was there any reason why you wouldn't write

20  it?

21  **A.**   I don't understand -- I don't understand your question at

22  all.

23  **Q.**   Okay.  If Mr. Medina, according to what you're saying, gave

24  his verbal consent and you told him verbally, "This is where

25  I'm going to be.  This is my ultimate destination," and if he

1    asked you again, why not give him the information again?

2    **A.**   Even in the video phone calls that we had, there was

3    Mr. Medina and M███████ talking, and I was in the background.   I

4    heard him say, "I know where you are."

5    **Q.**   Is that exhibit -- did you give that video call or that

6    exhibit to your attorneys?

7    **A.**   There is no matter how many times we spoke since we arrived

8    up until a certain point.   It's over there.

9    **Q.**   But you don't have a video or separate writing that says

10   where you can prove that he said, "I know where you are"?

11   **A.**   I'm guessing that he does.

12   **Q.**   Okay.   According to your custody agreement, it says that

13   you and the father have shared parental responsibility;

14   correct?

15   **A.**   That's correct.

16   **Q.**   Have you shared with Mr. Medina information concerning the

17   school that you were going to enroll the child in?

18   **A.**   Yes.   I mean, he has all those pictures of M██████ holding

19   that sign that says, "Today is my last school day."   Of course

20   he knew he was going to school.   He has all those pictures.   I

21   don't understand your question.

22   **Q.**   Do you want me to ask it again?

23   **A.**   No.

24   **Q.**   So you did understand my question?

25   **A.**   I answered that he knows which school -- that he was going

*MARIA MILAGROS RAMIREZ PADILLA | CROSS*                    43

1    to school; that he had pictures of the child attending school;

2    that he has those pictures of his graduation from VPK, from his

3    homework.  It's all in the court records.  You can check over

4    there also.

5    **Q.**   Is Mr. Medina listed on the contact list for the school?

6    **A.**   He was not here in the United States.

7    **Q.**   But if he wanted to call the school --

8    **A.**   He can.

9    **Q.**   -- would he --

10        I'm sorry.  I haven't asked the question yet.

11            **MS. MARIN:**   Do you want to translate that or --

12   **BY MS. MARIN:**

13   **Q.**   And he said, "I would like to know about my son."  Would

14   they have given him any information even if he's not on the

15   contact list?

16   **A.**   They knew who the father was even if they were not in

17   touch.  When they ask who's the father, I said "Danhoe Medina."

18   **Q.**   It's on the contact list?

19   **A.**   I said no, because he was not in the U.S.

20   **Q.**   So what would you -- who is on the contact list?

21   **A.**   Michele, myself, my mom, and Julio.

22   **Q.**   You didn't think -- okay.

23        Did you expect that the father would call the school?

24   **A.**   Yeah, I guess.

25   **Q.**   I'm looking at your exhibits, and if you can show me where

*MARIA MILAGROS RAMIREZ PADILLA | CROSS*                  44

1   there's a picture of your son in his uniform, can you direct

2   that to me?

3          **MS. PADILLA:**  She doesn't have anything to look at.

4          **MS. MARIN:**  Can you -- this is the copy you gave me.

5   Can you give her a copy?

6          **MS. PADILLA:**  No.

7          **THE COURT:**  Sorry.  What's going on?

8          **MS. MARIN:**  So I'm asking her about her exhibit,

9   Exhibit B, if she can direct me to where there is a picture

10  that she sent Mr. Danhoe -- Mr. Medina with the child's

11  uniform, and she says that she can't because she doesn't have

12  it in front of her.  This is my copy.  I'm asking opposing

13  counsel if they can show her --

14         **THE COURT:**  Well, Ms. Marin, if you're going to ask

15  questions to a witness and ask a witness to look at something,

16  you need to first provide the witness with the thing you want

17  them to look at.

18         **MS. MARIN:**  Okay.  May I approach the witness?

19         **THE COURT:**  Sure.

20  **BY MS. MARIN:**

21  **Q.**  These are the pictures -- this is your Exhibit B, and if

22  you can show me a picture of -- is that -- is that the picture?

23  **A.**  This is M████  and the school parking lot, and he's

24  wearing a little hat that says, "Today is my last day."

25         **MS. MARIN:**  May I approach the witness?

*MARIA MILAGROS RAMIREZ PADILLA | CROSS*                              45

1          **THE COURT:**  Yes.

2     **BY MS. MARIN:**

3     **Q.**  So in this -- in this picture he's not wearing his school

4     uniform?

5     **A.**  Well, I'm telling you it was his last day, so they had to

6     dress nicely for the last -- for the picture.

7     **Q.**  So if he was to look at this picture, how would he know

8     that he was going to Pine Crest Elementary School?

9     **A.**  I'm guessing that you have that picture in a bigger size.

10    And if you take a look at it, you can see in the background --

11    in the back it says "Pine Crest Elementary School."

12    **Q.**  I only have this.

13    **A.**  I don't know.

14    **Q.**  Okay.  Do you think it's -- are you and the father able to

15    co-parent with -- let me backtrack.

16         The last time you had communication or you allowed

17    communication between the father and son was in August of 2022;

18    correct?

19    **A.**  That's correct.

20    **Q.**  How have you been co-parenting with the father since August

21    of 2022?

22    **A.**  In the last video chat that they -- that Mr. Medina had

23    with M███████, he said, "Son, you will soon find out the truth.

24    Your mother kidnapped you.  Your mother is a bad person.  Your

25    mother is a bitch."  And I'm sorry for my language.  And all of

*MARIA MILAGROS RAMIREZ PADILLA | CROSS*                    46

1     these things, horrible things, that made the child cry.

2         And I hope that he would also stop making those faces at me

3     because it's a true thing.  He knows what I'm saying.

4           **THE COURT:**  That's not necessary.  I would ask that

5     you not make any comments concerning any parties in the

6     courtroom.

7           **THE WITNESS:**  It's difficult.

8           **THE COURT:**  I understand.  I understand it's

9     difficult, but you have to stay -- focus on the attorneys and

10    that's it.

11          **MS. PADILLA:**  It was actually the attorney that she

12    was talking to.

13          **THE COURT:**  I don't think she was, but let's just

14    focus on the attorneys and the questions.

15          **THE WITNESS:**  Okay.

16    **BY MS. MARIN:**

17    **Q.**  I'm sorry.  I'm going to ask you to not give a narrative.

18    I think that you've answered your question.

19          **THE COURT:**  All right.  I stopped the proceedings.  So

20    let's just wait for a question, and you can ask the next

21    question.  Okay?

22          **MS. MARIN:**  Okay.  She can continue?  Is that what --

23          **THE COURT:**  No.  You're going to ask a question

24    because I stopped her and asked her [*sic*] to ask a question, so

25    now you're going to ask a question.

*MARIA MILAGROS RAMIREZ PADILLA | CROSS*                              47

1          **MS. MARIN:**  Thank you.

2    **BY MS. MARIN:**

3    **Q.**  After that communication, you refused to speak to -- you

4    blocked Mr. Medina from your social media and your What's Up;

5    is that correct?

6    **A.**  Mr. Medina has posted many things about me --

7          **MS. MARIN:**  Objection.  Nonresponsive.  I think that

8    was a yes-or-no question.

9          **MS. PADILLA:**  What was that answer?

10         **THE COURT:**  I'm looking back at the questions because

11   I have the questions in real time.  I'm going to read back the

12   question and ask that you answer the question.  Okay?

13         The question is "After that communication, you refused

14   to speak to -- you blocked Mr. Medina from your social media

15   and your WhatsApp; is that correct?"

16         **THE WITNESS:**  Yes.

17   **BY MS. MARIN:**

18   **Q.**  Do you think that you're able to co-parent when you're not

19   speaking to the other parent?

20   **A.**  I don't understand your question.

21   **Q.**  Sure.  Do you understand the term "co-parent"?

22   **A.**  I suppose I do.

23   **Q.**  So if you're not speaking to the father or you have blocked

24   communication with the father, how do you think you can

25   co-parent?

*MARIA MILAGROS RAMIREZ PADILLA | CROSS*

48

1    **A.**  I'm not sure because I received a lot of hate due to his

2    posts that he made, and I felt deeply affected.

3    **Q.**  So it wasn't good for you to speak to the father?

4    **A.**  At that time, in that moment, no, the communication was not

5    good with him.

6    **Q.**  So it was more important for you to feel good than to ask

7    the father or communicate with the father concerning the

8    child's education, medical, day-to-day decisions, things of

9    that sort?

10    **A.**  Well, we were doing it very well up until that time, but

11    after all those attacks on social media, like I said before, I

12    felt very, very badly.  And, you know, don't forget that he

13    also has friends, so if he wants to do anything else, something

14    more like that.

15    **Q.**  Do you current -- are you current -- sorry.

16    Is Mr. Medina still cut off from your What's Up?

17    **A.**  No.

18    **Q.**  When did you unblock him?

19    **A.**  I'm not sure, but it was before this.

20    **Q.**  Before this what?

21    **A.**  February 10th of 2023, when he took the child.

22    **Q.**  I'd like to ask you about your current situation here in

23    the United States.  Do you have a work permit?

24    **A.**  No.

25    **Q.**  Have you requested a work permit?

*MARIA MILAGROS RAMIREZ PADILLA | CROSS*                    49

1    **A.**  Yes.  Of course.

2    **Q.**  When did you request it?

3    **A.**  Not long ago.  I do not recall the exact date.

4    **Q.**  Was it a week ago?  A month ago?  Six months ago?

5    **A.**  Well, like I said, my paralegal is taking care of that.

6    **Q.**  Who is your paralegal?

7    **A.**  Alvaro.

8    **Q.**  Is that his first name or last name?

9    **A.**  That's his name -- first name.

10   **Q.**  What's his last name?

11   **A.**  Duran, D-u-r-a-n.

12   **Q.**  Does he work in a law firm?

13   **A.**  I believe he works for some private attorneys.

14   **Q.**  How did you get to -- how did you get his phone number?

15          **MS. PADILLA:**  Objection, Your Honor.  Relevance.

16          **THE COURT:**  What's the relevance of that?

17          **MS. MARIN:**  (Shakes head.)

18          **THE COURT:**  There's not.  Yeah.  Sustained.

19          **MS. MARIN:**  I'll keep going.

20          **THE COURT:**  Thank you.

21   BY MS. MARIN:

22   **Q.**  Do you have a Social Security card?

23   **A.**  Not right now, but it might arrive soon.

24   **Q.**  Do you have a valid driver's license?

25   **A.**  I have a driving permit.

*MARIA MILAGROS RAMIREZ PADILLA | CROSS*                    50

1    **Q.**  Are you employed?

2    **A.**  No.  Not right now.

3    **Q.**  Have you been employed since you arrived in Florida?

4    **A.**  Well, like I said before, sometimes I clean houses.

5    Sometimes I walk dogs, do those types of things while I get my

6    work permit, and I can get a permanent job.

7    **Q.**  Do you own a car?

8    **A.**  Yes.

9    **Q.**  What kind of car?

10   **A.**  A Nissan 2012, I think.

11   **Q.**  Is it -- are you paying on it?  Is it a lease?  Is it paid

12   off?

13   **A.**  It's -- it's paid in total.

14   **Q.**  How much was the car?

15           **MS. PADILLA:**  Objection.  Relevance, Your Honor.

16           **MS. MARIN:**  Trying to figure out -- she says that

17   she's well-settled, the child is well-settled.  I'm trying --

18           **THE COURT:**  All right.  I'll give you -- overruled.

19   I'll give you some leeway here.

20           **MS. MARIN:**  Thank you.

21           **THE WITNESS:**  5,000-something.

22   BY MS. MARIN:

23   **Q.**  How did you pay for that?

24   **A.**  I sold two vehicles in Venezuela.

25   **Q.**  How were you able -- how much money did you leave with --

*MARIA MILAGROS RAMIREZ PADILLA | CROSS*                                  51

1    in Venezuela?

2                **MS. PADILLA:**  Objection.  Relevance, Your Honor.

3                **THE COURT:**  Overruled.  It goes to financial stability

4    and whether she's well-settled.  So questions concerning her

5    finances are relevant.

6                **MS. MARIN:**  I'm sorry.  Was that sustained or

7    overruled?

8                **THE COURT:**  That was overruled.

9                **MS. MARIN:**  Thank you.

10               **THE COURT:**  There you go.

11   **BY MS. MARIN:**

12   **Q.**  You can answer.

13        How much money did you leave Venezuela with?

14   **A.**  Approximately $20,000, and we left some properties in

15   Venezuela so that we could sell them while we were able to get

16   a work permit.

17   **Q.**  Did you declare -- I guess my -- this is my question:  You

18   can't -- are you able to leave Venezuela with $20,000?

19   **A.**  They were in my bank account.

20   **Q.**  So you didn't carry cash with you?

21   **A.**  No, no.  Of course.  Not everything was in cash.

22   **Q.**  How much cash was with you?

23   **A.**  A thousand.  1,200.

24   **Q.**  And did your husband bring cash with him also?

25   **A.**  About a thousand dollars.

*MARIA MILAGROS RAMIREZ PADILLA | CROSS*                    52

1    **Q.**   How were you able to access your money in Venezuela?

2    **A.**   I've always had accounts in the U.S.

3    **Q.**   Okay.  So now I'm confused.  You -- so was the $20,000 in

4    your American accounts or in your Venezuelan accounts?

5    **A.**   They were in my accounts from the United States where I can

6    have access anywhere in the world.

7    **Q.**   So when did you start funneling money to the United States?

8    **A.**   Toward the end of October.

9    **Q.**   And how did you do that?

10   **A.**   I don't understand the question.

11   **Q.**   So you said that the $20,000 was in bank accounts here in

12   the United States; is that correct?

13   **A.**   That's correct.

14   **Q.**   So you had to move that money out of Venezuela to the

15   United States; is that right?

16   **A.**   That's correct.

17   **Q.**   So how did you move the money in October -- how did you

18   move $20,000 in October from your bank accounts in Venezuela to

19   a bank account in the United States?

20   **A.**   There were bank transfers that were made as the cars or the

21   properties were selling.  We would do bank transfers.

22   **Q.**   Isn't it not true that bank transfers are very monitored in

23   Venezuela?

24   **A.**   Transfers between American bank and American bank.

25   **Q.**   I don't know.  Maybe I'm missing something.  The $20,000

*MARIA MILAGROS RAMIREZ PADILLA | CROSS*                    53

1    that you had in a Venezuelan bank -- is that right?

2    **A.**   In a United States bank.

3    **Q.**   So when --

4         **THE COURT:**   Ms. Marin, you're making some assumption

5    here, and so you're just going around in circles that the money

6    was put in a Venezuelan bank.  Have you ever asked her that?  I

7    mean, you've never established that, and you keep making --

8    asking questions about the money moving from Venezuela to

9    America, but you never established the money was in Venezuela

10   to begin with.  So I don't want to argue back and forth with

11   you, but your questions are very confusing.

12        **MS. MARIN:**   Thank you.

13        **THE COURT:**   Your last question was "Isn't it not true

14   that bank transfers are very monitored in Venezuela?"  I have

15   no idea what that means.  So just let's tighten up the

16   questions --

17        **MS. MARIN:**   Yes.

18        **THE COURT:**   -- and just don't assume things in your

19   questions.

20   **BY MS. MARIN:**

21   **Q.**   $20,000 -- was that in a -- how did -- I don't even know.

22        **THE COURT:**   I think we've probably gone beyond

23   relevance at this point anyway.

24        **MS. MARIN:**   So let me just move on.

25   **BY MS. MARIN:**

*MARIA MILAGROS RAMIREZ PADILLA | CROSS*                              54

1    **Q.**  Have you filed taxes for 2021 or 2022?

2    **A.**  As soon as I get my work permit and my Social Security

3    card, I'll be ready to do it.

4    **Q.**  So you presented a Florida Blue health insurance.  Is --

5    how much does that insurance cost you?

6    **A.**  $45.

7    **Q.**  A month?

8    **A.**  Yes.

9    **Q.**  Is that just for you?

10   **A.**  No.  A family group.  Julio, M█████, and I.

11   **Q.**  And what does that health insurance cover?

12   **A.**  It means that one can only pay up to $3,000 per year for

13   emergency use and doctors visits and things like that.

14   Everything beyond that is covered by insurance.

15   **Q.**  Is this insurance -- is it your private policy?

16   **A.**  I don't know the specifics.  I can give you the name of the

17   insurance.

18   **Q.**  And that's -- you have an HMO.  It's Blue -- Florida Blue

19   health HMO; correct?

20   **A.**  If that's what it says in the paper, yes.  I don't have it

21   with me.

22   **Q.**  You alleged that Mr. Medina agreed that M█████ would come

23   to the United States and that him and his girlfriend would then

24   follow him; correct?

25   **A.**  That's correct.

*MARIA MILAGROS RAMIREZ PADILLA | CROSS*                    55

1   **Q.**  Did you ever talk about how Mr. Medina was going to

2   transfer his medical license?

3   **A.**  No.

4   **Q.**  Did you ever discuss what kind of work Mr. Medina would do

5   here?

6   **A.**  I remember something about having to do something with his

7   license in order for it to be valid here but said, you know, we

8   can just support each other.

9   **Q.**  So you want the Court to believe that he was going to give

10  up his medical license to come to the United States and not

11  have any security other than you might help him?

12  **A.**  He -- from the beginning, he wanted to come to the

13  United States.

14  **Q.**  You said there was a dinner at Mr. Medina's home with his

15  family, and it was discussed about the relocation of you, your

16  husband -- your mother was already here -- and M███████.

17  **A.**  Yes.

18  **Q.**  Was it discussed about -- was any discussion made about

19  Mr. Medina not being able to practice medicine?

20  **A.**  Not at that particular time.  But like I said before, this

21  is not something that we only talked about once or twice.  We

22  talked about this extensively.

23  **Q.**  Do you know how many years Mr. Medina studied to be a

24  surgeon?

25          **MS. PADILLA:**  Objection.  Relevance, Your Honor.

*MARIA MILAGROS RAMIREZ PADILLA | CROSS*

1          **THE COURT:**  What is the relevance of this?

2          **MS. MARIN:**  Well, she's -- she's saying that

3    Mr. Medina was going to leave his medical practice to come to

4    the United States.  That is one of the reasons she gives for --

5    that he gave his consent.

6          **THE COURT:**  So, Ms. Marin, do you think it's very

7    unlikely that someone would give up their profession and come

8    to the United States in that manner?  Do you think that's

9    unlikely?  This makes it less likely that that's true?  Is that

10   your argument?

11         **MS. MARIN:**  Yes.

12         **THE COURT:**  Okay.  You understand you put on a witness

13   in this hearing -- right? -- that was a lawyer and came to the

14   United States and gave up his practice of law and became an IT

15   professional.  Right?

16         **MS. MARIN:**  Correct.  I --

17         **THE COURT:**  Okay.  Just answer my question.

18         **MS. MARIN:**  Yes.

19         **THE COURT:**  So I don't know if that makes what you're

20   saying relevant or not when you already put on a witness that

21   did exactly that.

22         **MS. MARIN:**  Well, I think that --

23         **THE COURT:**  So I've given you some leeway with this,

24   and you've asked many questions about it already, but let's

25   move on.

1      **MS. MARIN:**  Okay.  One last question.

2  **BY MS. MARIN:**

3  **Q.**  To your knowledge, does Mr. Medina enjoy being a surgeon?

4  **A.**  I think so.

5          **THE COURT:**  You've not even established that he can't

6  be a surgeon in the United States for some reason.  I mean, so

7  the relevance of this is just not there.  There's no foundation

8  for your questions.

9          **MS. MARIN:**  Thank you.

10  **BY MS. MARIN:**

11  **Q.**  You had several witnesses testify for you today, and they

12  all stated that you never talk about Mr. Medina or coming to

13  the United States -- you never discussed your situation about

14  how you -- how you were able to bring M████ to the

15  United States.  Do you find that odd?

16  **A.**  I don't think that's odd.

17  **Q.**  Does your -- you would agree that your husband has no legal

18  obligation to your son?

19  **A.**  That's correct.  That's what Mr. Medina's here for.

20  **Q.**  So you definitely want Mr. Medina -- Mr. Medina was

21  court-ordered to pay you child support; is that right?

22  **A.**  Yes.

23  **Q.**  And he was sending you child support payments via -- via

24  e-mail or via bank deposits; right?

25  **A.**  He did it via e-mail to my American bank account from his

*MARIA MILAGROS RAMIREZ PADILLA | CROSS*

1    mother's account.

2    **Q.**  And in order to do that, he needed your e-mail address;

3    correct?

4    **A.**  Yes.

5    **Q.**  Was there a time that you closed that e-mail address or

6    changed the e-mail address to that bank account?

7    **A.**  The thing is that I opened -- opened up a bank account for

8    M████, his very own bank account, and when I -- when I did

9    it -- I mean, I have access, obviously, because I am his

10   mother.  When I did that, I had to change the e-mail address

11   that was attached to it.

12   **Q.**  At one point there was -- you changed the e-mail address,

13   and Mr. Medina could not make his child support payments; is

14   that right?

15   **A.**  I already said yes.

16   **Q.**  You have never changed the e-mail address and not given

17   that e-mail address to Mr. Medina?

18   **A.**  No.

19   **Q.**  I'd like to talk to you about the letter of return, which

20   is Exhibit 16.  Did you find it?

21   **A.**  Yes.

22   **Q.**  Was this written in Spanish and then translated to English?

23   **A.**  I -- I guess so.

24   **Q.**  Did you read it before it was translated?

25   **A.**  Like I said, this was made by the paralegal.

*MARIA MILAGROS RAMIREZ PADILLA | CROSS*                    59

1    **Q.**  But you signed it.

2    **A.**  Oh, yes.  Of course.

3    **Q.**  So when you read your statement in Spanish, did it say that

4    "Mr. Medina has used his economic -- economic and political

5    power to prevent me from being granted unilateral custody of

6    M█████ D█████"?

7    **A.**  Like I said before, the unilateral custody has never been

8    challenged in Venezuela.  And the other part, it's true.  He

9    does have connections in economic and political power in

10   Venezuela.

11   **Q.**  I don't understand why this was written, then, the fact

12   that he has prevented you from gaining unilateral custody of

13   M█████ D█████.

14        **MS. PADILLA:**  Objection, Your Honor.  Argumentative.

15        **THE COURT:**  Sustained.  I mean, I would just note for

16   the record that Exhibit No. 16 was admitted by the petitioner,

17   not this witness.  The document I have is not signed.  There's

18   no Spanish copy of it.  I don't remember this witness ever even

19   adopting this letter as her statement.  So there's just not

20   very much foundation for what's going on right now.

21   **BY MS. MARIN:**

22   **Q.**  The letter that you see before you that is -- did you

23   recognize that letter?

24   **A.**  I do.

25   **Q.**  And is that a true and accurate statement -- is that a true

*MARIA MILAGROS RAMIREZ PADILLA | CROSS*                                 60

1    and accurate copy of the statement that you provided as your

2    response to the return letter?

3    **A.**   Like I said, this was made by a paralegal.  I did notice

4    some things like this issue of the unilateral custody because

5    this has never been challenged in Venezuela.  But, yes, I did

6    do this letter.

7    **Q.**   Did you send a follow-up letter correcting that about the

8    unilateral custody?

9    **A.**   I'm guessing the paralegal didn't do it.

10   **Q.**   Do you remember signing a supplemental letter?

11   **A.**   I -- I don't.  Not really.

12   **Q.**   Okay.  So in Venezuela have you ever been placed under

13   arrest?

14   **A.**   Never.

15   **Q.**   Have you ever been taken into custody to be questioned by

16   law enforcement?

17   **A.**   No.

18   **Q.**   Have you any direct evidence that M████ is in danger or a

19   threat of having any physical, emotional abuse, or neglect?

20   **A.**   In which way?

21   **Q.**   Has anyone in Venezuela, part of the government, threatened

22   M████ with physical harm?

23   **A.**   No, but they have made, and I am his mother.  I am always

24   with him.

25   **Q.**   Was there a time that you were threatened?  When -- was

*MARIA MILAGROS RAMIREZ PADILLA | CROSS*                    61

1   there a time that you were threatened and M████ was with you?

2   **A.**   No.

3   **Q.**   Have you ever been questioned by social services concerning

4   accusations of violence or neglect against M████?

5   **A.**   Are you talking about the complaint that I filed?  I don't

6   understand.

7   **Q.**   What was the date of you filing that complaint?

8   **A.**   February.

9   **Q.**   Do you remember the date?

10  **A.**   It was on M████'s second birthday.

11  **Q.**   And do you have a copy of that complaint?

12  **A.**   They are attached to the -- no?  I do.  I have in my house.

13  **Q.**   Okay.

14  **A.**   And I also have pictures about what happened.

15  **Q.**   But you have not presented them in court?

16  **A.**   I did not, but I can do it at any given time if the judge

17  will allow it.

18  **Q.**   Do you believe that if M████ was to enter Venezuela that

19  he would suffer from famine?

20          **THE INTERPRETER:**  From?

21          **MS. MARIN:**  Famine.

22          **THE WITNESS:**  I suppose that Dad could support him,

23  but he would have a great emotional pain because I would be in

24  the United States, and I'm his mother.

25  **BY MS. MARIN:**

*MARIA MILAGROS RAMIREZ PADILLA | CROSS*                                    62

1  **Q.**  Do you think that Mr. Medina has suffered great pain with

2  M███████ being in the United States and apart from his son?

3  　　　　**MS. PADILLA:**  Objection.  Relevance, Your Honor.

4  　　　　**THE COURT:**  Sustained.

5  **BY MS. MARIN:**

6  **Q.**  Do you believe that if M█████ is returned, that he will be

7  returned to a country that is at war?

8  **A.**  It's completely unsafe.

9  **Q.**  I asked if the country is at war.

10  **A.**  There's no civil war per se, but there are -- there's a lot

11  of unrest.  The country is -- the education has completely

12  deteriorated, and also you see every day cases of famine, just

13  like you mentioned.

14  **Q.**  Has M█████ ever been subject to being used for political

15  motives?

16  **A.**  On my part, no.  I cannot speak to the contrary.

17  **Q.**  In your statement for immigration, which is Q -- Exhibit Q.

18  Q is 17.

19  **A.**  Q?

20  **Q.**  No, not 17.  Good grief.  Here I go.  It's No. 22.  Do you

21  recognize this statement?

22  **A.**  Yes.

23  **Q.**  Is it your statement?

24  **A.**  Yes.

25  **Q.**  And this statement was made for what purpose?

*MARIA MILAGROS RAMIREZ PADILLA | CROSS*    63

1    **A.**  For my political asylum.

2    **Q.**  And who helped you write this?

3    **A.**  The paralegal.

4    **Q.**  I'm looking at one, two, three, four -- the fifth

5    paragraph.  You state that after the divorce he sought revenge

6    against you.  Do you -- do you have any evidence of what this

7    revenge was?

8    **A.**  That is all in the file of violence in Venezuela.

9    **Q.**  You have not provided that to the Court.

10   **A.**  No.

11   **Q.**  And in your statement you say that Norma Ramirez Padilla is

12   your mother; correct?

13   **A.**  That's correct.

14   **Q.**  And she was a judge?

15   **A.**  I told you before that, yes.

16   **Q.**  And did she involve herself, to the best of your knowledge,

17   with political protests?

18           **MS. PADILLA:**  Objection.  Relevance, Your Honor.

19           **THE COURT:**  I'll allow some on it.  I mean, most of

20   this is in the statement anyway.  So if you're going to address

21   this issue, please just make sure you ask questions that are

22   not in the statement because I already have the statement.  So

23   if you want to elicit something additional, that's great.

24   **BY MS. MARIN:**

25   **Q.**  You -- in your statement you state that you have

1    experienced political threats because of your mother; correct?

2    **A.**   That's correct.

3    **Q.**   Because your mother was a judge?

4    **A.**   Yes.

5    **Q.**   And she had a powerful position?

6    **A.**   She was a criminal judge.  I'm not sure I understand what

7    kind of power you are referring to.

8    **Q.**   Was she appointed by the government?

9    **A.**   Yes.

10   **Q.**   In Venezuela you had a store; is that correct?

11   **A.**   It was a very small kiosk-type establishment that was

12   inside a shopping mall.

13   **Q.**   And did you have employees?

14          **MS. PADILLA:**  Objection, Your Honor.  Relevance.

15          **THE COURT:**  What is the relevance of this?

16          **MS. MARIN:**  Well, it speaks to what kind of life she

17   was living in Venezuela with M█████, and it goes contrary to

18   that she's saying that if returned, M█████ would suffer a

19   grave risk.

20          **THE COURT:**  I'm not seeing the connection there to

21   either those points that you made or to any of the issues that

22   are actually in dispute in this case; so I'm going to sustain

23   the objection.

24   **BY MS. MARIN:**

25   **Q.**   In August of 2022, did M█████ have an accident?

*MARIA MILAGROS RAMIREZ PADILLA | CROSS*

1    **A.**   What kind of an accident?

2    **Q.**   Did he hurt his arm?

3    **A.**   Oh, yes.  He was driving a scooter, and he accidentally

4    fell.

5    **Q.**   Did you advise the father about this?

6    **A.**   We had cut communication.

7    **Q.**   Did M█████   require surgery?

8    **A.**   No.  Not at all.  He just -- he just had a -- a scrap.

9              **MS. PADILLA:**   A scrape.

10             **THE INTERPRETER:**   A scrape.  I'm sorry.

11   **BY MS. MARIN:**

12   **Q.**   Does he have a scar?

13   **A.**   Yes.  Of course.  Because --

14   **Q.**   And how -- how long was the scar?

15   **A.**   I don't know.  About like this.

16   **Q.**   Three?  Three and a half inches?

17   **A.**   I don't know inches.  I know centimeters.

18   **Q.**   How many centimeters?

19   **A.**   Approximately six, seven centimeters.

20   **Q.**   And he required stitches?

21   **A.**   Not at all.

22   **Q.**   I'm sorry.  I haven't posed a question.  You answered my

23   question.

24        Why didn't you find it important to break that blocking of

25   communication with the father to let the father know what's

*MARIA MILAGROS RAMIREZ PADILLA | CROSS*                              66

1    going on with his child?

2            **THE INTERPRETER:**  Why didn't she?

3            **MS. MARIN:**  Yeah.

4    **BY MS. MARIN:**

5    **Q.**  Why didn't you?

6    **A.**  Well, I took him to the doctor, and I made sure that

7    everything was done so that he could recover quickly for

8    that -- from that accident to full.

9    **Q.**  You had a lot of people testify here today concerning his

10   family ties here while he's been in the United States and also

11   his involvement with the Venezuelan community organization.  Do

12   you think it's equally important for him to maintain his ties

13   to the people that he loved and the family he has in Venezuela?

14   **A.**  Yes.  Of course.  And they can video chat.  They can come

15   and visit.  There's many things that they can do to maintain

16   that relationship that is so important.

17   **Q.**  But you blocked him.  You blocked the family.  So how is

18   that supposed to happen?

19   **A.**  I had told you before that we had blocked communication.

20   **Q.**  You -- you allow your son to call your husband "*papi*"; is

21   that correct?

22   **A.**  He has done that from a very long time, since he was very

23   little.  He calls him "*papi jo jo.*"

24   **Q.**  And *papi* is another name for father; correct?

25   **A.**  It's a diminutive.

*MARIA MILAGROS RAMIREZ PADILLA | CROSS*                    67

1    **Q.**  What do you mean "diminutive"?

2    **A.**  From father -- from *papa*, *papi*, more affectionate in the

3    countries.

4    **Q.**  It's kind of like daddy or father?

5    **A.**  Exactly.

6    **Q.**  Okay.  So he calls your husband "*papi*"; true?

7    **A.**  *Papi jo jo.*  Always the same phrase.

8    **Q.**  He has contacts with your family here but no contacts with

9    his family in Venezuela; is that true?

10   **A.**  Yes.

11   **Q.**  And do you think that that create -- do you think that he

12   misses his family in Venezuela?

13   **A.**  I think you should ask that to M█████.  He has his own

14   feelings.

15   **Q.**  Do you think M█████ wants to stay in the United States?

16   **A.**  Well, I see him here very comfortable.  He has his family.

17   He has his school.  He is solidly here.  In fact, I ask him

18   many times; and he would say, you know, "Well, in Venezuela

19   there's no gas.  There's no light, power.  There's no gasoline.

20   I don't want to go to Venezuela," because I asked him many

21   times.

22   **Q.**  Have you ever asked him if he wants to go back and live

23   with his father?

24   **A.**  He -- from the time that video chat took place, every time

25   I would ask him if he wanted to talk to his father, he would

 1    say no.

 2    **Q.**  If the Court orders that M⬛⬛⬛ is going back to

 3    Venezuela, what are you going to do?

 4              **MS. PADILLA:**  Objection.  Relevance, Your Honor.

 5              **THE COURT:**  What's the relevance?

 6              **MS. MARIN:**  Well, I think that she has stated that

 7    there's grave risk for the child to go back, and if she's

 8    worried, then would she want some "amateurative" measures or

 9    would she follow him back?

10         **THE COURT:**  Are you asking if a mother is willing to

11    endure a grave risk to be with their child?  I mean, come on.

12    The objection's sustained.

13    **BY MS. MARIN:**

14    **Q.**  You have been to the home of Mr. Medina; correct?

15    **A.**  In Venezuela?

16    **Q.**  Yes.

17    **A.**  Yes.

18    **Q.**  How would you describe that home?

19              **MS. PADILLA:**  Objection.  Relevance, Your Honor.

20              **THE COURT:**  Arguably, it goes to grave risk, so she

21    can describe the home.  Overruled.

22              You can answer.

23    **BY MS. MARIN:**

24    **Q.**  You can answer.

25    **A.**  Okay.

1    **Q.**  What about the house itself?

2              **THE COURT:**  Whoa.

3              **MS. MARIN:**  I'm sorry.  I'm sorry.  I did the same

4    thing she did.

5              **THE WITNESS:**  Well, he lives in the back side of a

6    military complex.  It's called "Naguanagua," N-a-n-a-w-a-w-a

7    [*sic*], and it's completely militarized.  There are some tanks

8    over there.  They also have -- hold shooting practice.  So it's

9    not a really -- not a nice or good place.  It's also not a

10   really bad place.  I don't know what else you want me to say

11   about that.

12   **BY MS. MARIN:**

13   **Q.**  It's not a training installation, is it?

14   **A.**  Military training.

15   **Q.**  Do you know people that work at that installation?

16             **MS. PADILLA:**  Objection.  Relevance, Your Honor.

17             **MS. MARIN:**  I'm trying to understand how she knows

18   what goes on at that -- you know, there's all kinds of

19   different military installations.  She's making it sound like,

20   you know, they're -- that it's a -- it's a heavily --

21             **THE COURT:**  Ms. Marin, I'm not talking over you

22   because we have a translator, but what goes on at the military

23   installation or how she knows is really not relevant.  I mean,

24   you asked an irrelevant question.  You got an irrelevant

25   answer.  We don't need to go down that path.  If you're going

*MARIA MILAGROS RAMIREZ PADILLA | CROSS*                              70

1   to try to elicit some testimony to establish that it's not a

2   grave risk, okay.  We can give you some leeway there.  But

3   we're not just going to just go into who has the better house,

4   in Venezuela or Florida.  So go ahead and ask a question.

5           **MS. MARIN:**  Thank you.

6           **MS. PADILLA:**  Your Honor, may she take an aspirin?

7           **THE COURT:**  Ms. Marin, how much longer do you think

8   you have to go?

9           **MS. MARIN:**  I think that I just have four more

10  questions.

11          **THE COURT:**  All right.  Go ahead.

12          **MS. MARIN:**  Thank you.

13  BY MS. MARIN:

14  **Q.**  Have you ever been forced to pay bribes for -- to secure

15  M█████'s security or safety?

16  **A.**  No.

17  **Q.**  Has M█████ ever been a victim of sexual violence in

18  Venezuela?

19  **A.**  Not sexual.

20  **Q.**  Was M█████ ever in any kind of counseling services in

21  Venezuela?

22  **A.**  No.

23  **Q.**  Okay.  The life that M█████ is living here, he goes to

24  school.  He would go to school in Venezuela; correct?

25          **MS. PADILLA:**  Objection, Your Honor.  I'm not sure if

1   we're going down comparing the two locations, but I would

2   object, if so, on cumulative and relevance.

3          **THE COURT:**  Ms. Marin, that was your fourth question,

4   and I don't think it was relevant.  I'll give you some more

5   leeway, but let's get to whatever point you have.  Ask the

6   question.

7          **MS. MARIN:**  Okay.

8   **BY MS. MARIN:**

9   **Q.**  How would M████ like change as far as his day to day if

10  he was returned to Venezuela?

11         **MS. PADILLA:**  Objection, Your Honor.  Relevance.

12         **THE COURT:**  Sustained.

13         **MS. MARIN:**  I have nothing further.

14         **THE COURT:**  Okay.  Thank you.  Any brief redirect?

15         **MS. PADILLA:**  No.

16         **THE COURT:**  Okay.  Thank you, ma'am.  You can step

17  down.

18         **THE WITNESS:**  Thank you.

19                         * * * * *

20      (This concludes this excerpt.)

21

22

23

24

25

1        **CERTIFICATE OF REPORTER**

2        I certify that the foregoing is a correct transcript of the
         record of proceedings in the above-titled matter.

3

4        _____        03/14/2023
         Heather Suarez, RMR, CRR, FCRR, FPR       Date

5        U.S. Official Court Reporter
         United States District Court

6        Middle District of Florida

7                          -      -      -

8        **CERTIFICATE OF REDACTION**

9        I certify that the foregoing is a true and correct copy of the
         transcript originally filed with the clerk of court on

10       03/14/2023 and incorporating redactions of personal
         identifiers, in accordance with Judicial Conference policy.

11       Redacted characters appear as a black box in the transcript.

12       _____        03/14/2023
         Heather Suarez, RMR, CRR, FCRR, FPR       Date

13       U.S. Official Court Reporter
         United States District Court

14       Middle District of Florida

15

16

17

18

19

20

21

22

23

24

25